IFP/ No Summ. ISS.

Print Form

Instructions for use:
1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 0 8 2013  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
          DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Plaintiff(s)

vs.

Defendant(s),

**COMPLAINT**

**C13-1818 RSL**

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

Jalak Abdulkader
PO Box 5393
Kent, WA 98064
206-753-9955

Defendant's Name, Address and Phone Number

Global Linguist Solution (GLS)
1153 Herndon Parkway, suite 100
Herndon, VA  20170

Defendant's Name, Address and Phone Number

L-3 communication now called (Engility)

13-CV-01818-CMP

Defendant's Name, Address and Phone Number

United State Government

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

## Jurisdiction
(Reason your case is being filed in federal court)

The defendants do not responds or comply to me and they denied my right.

## Statement of Claim:
(State here as briefly as possible the facts of your case.)

The special Operation Unit has conducted PSYOP on me, target profiling, discrimination of (my national origen and Religion), Psychological and emotional torture, mind control, Isolation, Harassment (cyber and electronic harassments through emails, hacked my computer, email accounts, bank accounts), invasion of privacy, economic and financial damage, intellectual and information theft, falsification of documents and making false statement about me, threat of making me disappear, rising and pointing their weapons on me; defamation of character, slander, labeling for the purpose of specifically to harm and cause damage to my financial, reputation, credibility, and wellbeing. My Army Unit sent me young blond female soldiers to sabotage me. Endangering my life by making me a target wherever I go. I also believe I was drugged.

**Statement of Claim**
(continued):

Taking my pictures in the purpose of using it against me, the unit even asked me to take a picture with AK-47 rifle they bring it specifically for me and they also I believe they photoshop my pictures and created video or audio recording. (I thought AK-47? why not take a picture with F-15 or F-16 fighter jets in the airfield). My Army unit wiretapped and putted video camera in my room to produce the disseminate rumors and propagandas. Produced and conducted by U.S. Military personnel with other GLS and L-3 communication linguist in Iraq and Afghanistan) and disseminated throughout foreign government, enemies territories, and U.S. and foreign countries in multiple languages.

~~I believe~~ the unit had a chance to fire me, transfer me, they wanted to get ride of me, but not just walk away from a job and get a another job, they want to cause a career and permanent damage to my wellbeing.

**Relief:**
(State briefly exactly what you want the court to do for you)

I want to file a Lawsuit for the damages done to me. I want ~~to sui~~ $30,000,000.00; $30 million dollar for the damages done to me.

**Jury Demand:**
(Optional)

do not know...

10/07/2013
Date

*[Signature]*
Signature of Plaintiff