```
                    ___ FILED        ___ ENTERED
                    ___ LODGED       ___ RECEIVED

                        OCT 0 8 2013       LK

                           AT SEATTLE
                   CLERK U.S. DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
                                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**C13-1818 RSL**

CASE NO. _____

APPLICATION FOR COURT-APPOINTED COUNSEL

Noted for Determination on:

_____
(Insert date of 3rd Friday after filing)

_____ Plaintiff(s)

vs.

_____ Defendant(s)

## MOTION

Plaintiff respectfully requests that the Court appoint counsel to represent him/her. This action seeks relief under federal statutes protecting civil rights. This is **not**, however, an employment discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

## FINANCIAL AFFIDAVIT

Has this Court previously granted you leave to proceed in forma pauperis? _____. If such was granted in a different case in this Court, please supply the case number. _____.
(Please complete in full the attached Financial Affidavit.)

Application for Court-Appointed Counsel

13-CV-01818-APPL

1           **PREVIOUS EFFORTS TO RETAIN AN ATTORNEY**

2     Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately
3  as possible how many attorneys you have contacted, and over what period of time. You need not
4  identify the specific attorneys, and should not indicate the reasons they declined to represent you.

5  ~~[illegible strikethrough]~~ I had made efforts to retain
6  an attorney many times. ~~[illegible strikethrough]~~
7  _____
8  _____
9  _____

10                                  **MERITS OF CLAIM**

11     Has the Equal Employment Opportunity Commission, the Washington State Human Rights
12  Commission, or other state or federal agency officially determined whether there is reasonable cause
13  to believe that the allegations of your complaint are true? _No_____. If so, please identify the
14  agency which made the finding, and the conclusion the agency reached. _I filed with_
15  _Equal Employment Opportunity Commission_____
16  _____.

17     If there has been no such finding in your favor by a government agency, you may attach a brief
18  statement showing why your claim has merit. Do not include exhibits or other evidence. Your
19  statement is incorporated in this application and is subscribed under oath.

20                                **AFFIDAVIT OF SERVICE**

21     The following is a list of all other parties, and their respective attorneys, who have appeared or
22  answered in this action.

23          **PARTY**                                          **ATTORNEY**

24  _____        _____
25  _____        _____
26  _____        _____
27
28  Application for Court-Appointed Counsel                                    2

1  I have directed a copy of this entire Application, by mail or by personal service, to the attorney
2  for each such party.
3  I, _Jalak Abdulkader_, plaintiff in this action, swear that I have read
4  this entire Application, including any attachments, and the Complaint. In accordance with 28 U.S.C.
5  § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

7  Executed on this _____ day of _____, _____.

_Jalak Abdulkader_
Signature of Plaintiff

15  Plaintiff's Name, Address and Telephone:
16  _Jalak Abdulkader_
17  _PO Box 5393_
18  _Kent, WA 98064_
19  _206-753-9255_

27  Application for Court-Appointed Counsel                                      3
28  Revised 11/03