UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JALAK ABDULKADER,

                Plaintiff,

v.

GLOBAL LINGUIST SOLUTION (GLS), et al.,

                Defendants.

Case No. C13-1818-RSL

**ORDER DIRECTING PLAINTIFF TO CORRECT DEFICIENT IFP APPLICATION**

Plaintiff has filed an application to proceed in forma pauperis ("IFP"). Dkt. 1. The application is facially deficient because plaintiff did not sign the Written Consent for Payment of Costs Under Local Rule CR 3(b) sections of the form. The Court **ORDERS:**

(1) Plaintiff to submit a valid IFP application no later than **October 24, 2013**. Failure to do so will result in a recommendation that this matter be dismissed.

(2) The Clerk shall provide plaintiff with the proper IFP application forms.

(3) The Clerk shall provide a copy of this Order to plaintiff and the Honorable Robert S. Lasnik.

DATED this 10th day of October, 2013.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge