FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 08 2013  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
        BY                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| Plaintiff(s) | CASE NO. C13-1818 RSL |
| vs. | APPLICATION FOR COURT-APPOINTED COUNSEL |
| Defendant(s) | Noted for Determination on: _____ (Insert date of 3rd Friday after filing) |

## MOTION

Plaintiff respectfully requests that the Court appoint counsel to represent him/her. This action seeks relief under federal statutes protecting civil rights. This is **not**, however, an employment discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

## FINANCIAL AFFIDAVIT

Has this Court previously granted you leave to proceed in forma pauperis? _____. If such was granted in a different case in this Court, please supply the case number. _____.
(Please complete in full the attached Financial Affidavit.)

Application for Court-Appointed Counsel

13-CV-01818-APPL

## PREVIOUS EFFORTS TO RETAIN AN ATTORNEY

Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately as possible how many attorneys you have contacted, and over what period of time. You need not identify the specific attorneys, and should not indicate the reasons they declined to represent you.

~~[illegible]~~ I had made efforts to retain an attorney many times. ~~[illegible]~~

## MERITS OF CLAIM

Has the Equal Employment Opportunity Commission, the Washington State Human Rights Commission, or other state or federal agency officially determined whether there is reasonable cause to believe that the allegations of your complaint are true? _No_. If so, please identify the agency which made the finding, and the conclusion the agency reached. _I filed with Equal Employment Opportunity Commission_.

If there has been no such finding in your favor by a government agency, you may attach a brief statement showing why your claim has merit. Do not include exhibits or other evidence. Your statement is incorporated in this application and is subscribed under oath.

## AFFIDAVIT OF SERVICE

The following is a list of all other parties, and their respective attorneys, who have appeared or answered in this action.

| PARTY | ATTORNEY |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Application for Court-Appointed Counsel     2

I have directed a copy of this entire Application, by mail or by personal service, to the attorney for each such party.

I, _Jalak Abdulkader_, plaintiff in this action, swear that I have read this entire Application, including any attachments, and the Complaint. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

Executed on this _____ day of _____, _____.


_Jalak Abdulkader_
Signature of Plaintiff


Plaintiff's Name, Address and Telephone:
_Jalak Abdulkader_
_PO Box 5393_
_Kent, WA 98064_
_206-753-9255_


Application for Court-Appointed Counsel    3

Revised 11/03