UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JALAK ABDULKADER,<br><br>        Plaintiff,<br><br>vs.<br><br>GLOBAL LINGUIST SOLUTION, et al.,<br><br>        Defendants. | NO. C13-1818RSL<br><br>ORDER OF REFERENCE<br>Non-Dispositive Motion<br>Pending in Civil Case |

The Court hereby refers to United States Magistrate Judge Brian A. Tsuchida, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

Plaintiff's Motion to Appoint Counsel

The Magistrate Judge shall hear and determine such motion. Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rule MJR 3(b).

DATED this 25th day of October, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE