UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JALAK ABDULKADER,<br><br>              Plaintiff,<br><br>      v.<br><br>GLOBAL LINGUIST SOLUTION (GLS),<br><br>              Defendant. | Case No. C13-1818-RSL<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL** |

   Plaintiff filed a complaint alleging Global Linguist Solution, L-3 Communications, and the United States violated his rights by conducting special operations and surveillance on him. Dkt. 4.  The complaint indicates a substantial part of the events underlying plaintiff's claims occurred outside of this district (Iraq and Afghanistan), and that the defendants are not residents in the district. *Id.*  Mr. Abdulkader has filed two motions (Dkt. 1) and (Dkt 5) for appointment of counsel.  Upon referral, the Court has considered the motions and **DENIES** them for the following reasons.

   There is no right to counsel in civil cases, and district courts may appoint counsel for litigants only under "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (citation omitted); *see* 28 U.S.C. § 1915(e)(1).  "A finding of exceptional circumstances requires an evaluation of both 'likelihood of success on the merits and the ability

ORDER DENYING MOTION TO APPOINT COUNSEL - 1

1  of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues
2  involved.'  Neither of these issues is dispositive and both must be viewed together before
3  reaching a decision." *Terrell*, 935 F.2d at 1017 (citations omitted).
4      At this time, plaintiff has failed to demonstrate exceptional circumstances that might
5  justify appointment of counsel.  Plaintiff has not shown he lacks the ability to articulate his
6  claims.  Additionally, at this early juncture, the Court cannot say there is any likelihood of
7  success on the merits.  The Court therefore **DENIES** plaintiff's motions for appointment of
8  counsel without prejudice.  Dkts. 1 and 5.
9      DATED this 25th day of October, 2013.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO APPOINT COUNSEL - 2