UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JALAK ABDULKADER,<br><br>        Plaintiff,<br><br>   v.<br><br>GLOBAL LINGUIST SOLUTION (GLS),<br>*et al.*,<br><br>        Defendants. | Case No. C13-1818RSL<br><br>ORDER REQUIRING MORE<br>DEFINITE STATEMENT |

      This matter comes before the Court *sua sponte*. On October 23, 2013, plaintiff paid the filing fee and his complaint was accepted for filing. Plaintiff asserts that Global Linguist Solution, L-3 Communication, and the United States Government have discriminated against, tortured, and harassed him. For example, plaintiff contends that his army unit sent young blond female soldiers to sabotage him and took pictures of him with rifles to distribute to his enemies. Dkt. # 4 at 2-3. In addition, defendants allegedly wiretapped plaintiff's room and video-taped his activities. Id. at 3. Plaintiff contends that defendants distributed these recordings in the United States and several foreign countries. Id. As a result of the alleged harm suffered, plaintiff seeks to recover $30 million. Id. at 4.

      Federal Rule of Civil Procedure 8(a)(2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief." Whether plaintiff has asserted a plausible claim for relief cannot be ascertained from the complaint because he has not asserted a claim against anyone. Defendants would have to guess what wrongs they are

ORDER REQUIRING MORE DEFINITE STATEMENT - 1

1 supposed to have committed and how they relate to one or more of the legal theories
2 listed in the complaint.  Furthermore, plaintiff has failed to meet his burden to establish
3 the basis of the Court's jurisdiction.  <u>See</u> <u>Indus. Tectonics, Inc. v. Aero Alloy</u>, 912 F.2d
4 1090, 1092 (9th Cir. 1990) ("The party asserting jurisdiction has the burden of proving
5 all jurisdictional facts").

6 Plaintiff shall, within thirty (30) days of the date of this Order, file an amended
7 complaint which clearly and concisely identifies the acts of which defendant is accused
8 and how those acts violated plaintiff's legal rights.  The key to filing an acceptable
amended complaint will be providing enough facts in support of the legal claims
9 asserted that one could conclude that plaintiff's right to relief is as least plausible.
10 Plaintiff must also include allegations of fact sufficient to establish that this Court has
11 jurisdiction.  If an acceptable amended complaint is not filed within the time proscribed,
12 this action will be dismissed.  The Clerk of Court is directed to send a copy of this Order
13 to plaintiff and to place this Order to Show Cause on the Court's calendar for November
14 29, 2013.

15 DATED this 29th day of October, 2013.

17 
                                      /s/ Robert S. Lasnik
18                                    Robert S. Lasnik
                                      United States District Judge

ORDER REQUIRING MORE DEFINITE STATEMENT - 2