1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

JALAK ABDULKADER,

                Plaintiff,

     v.

GLOBAL LINGUIST SOLUTION (GLS),
*et al.*,

                Defendants.

Case No.  C13-1818RSL

ORDER OF DISMISSAL

13

14

15

16

17

18

19

20

21

       On October 23, 2013, plaintiff paid the filing fee and his complaint was accepted for filing.  In his complaint, plaintiff asserts that Global Linguist Solution, L-3 Communication, and the United States Government have discriminated against, tortured, and harassed him.  For example, plaintiff contends that his army unit sent young blond female soldiers to sabotage him and took pictures of him with rifles to distribute to his enemies.  Dkt. # 4 at 2-3.  In addition, defendants allegedly wiretapped plaintiff's room and video-taped his activities.  Id. at 3.  Plaintiff contends that defendants distributed these recordings in the United States and several foreign countries.  Id.  Although he does not specify any causes of action, plaintiff alleges that he has suffered harm and he seeks to recover $30 million.  Id. at 4.

22

23

24

25

       The Court issued an order requiring plaintiff to file an amended complaint that clearly and concisely alleges facts supporting legal claims against each defendant and facts from which the Court may infer that it has jurisdiction.  Dkt. # 8.  The Court warned plaintiff that failure to file an amended complaint within 30 days of the date of

26

the Court's order would result in dismissal of the case.  No such amended complaint has been filed and plaintiff has not sought or obtained an extension of time in which to make the required submission.

The above-captioned matter is therefore DISMISSED without prejudice for failure to comply with this Court's Order and for failure to prosecute.  The Clerk of Court is directed to send a copy of this Order to plaintiff.

DATED this 11th day of December, 2013.


Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2