Jalak Abdulkader
PO Box 5393
Kent, WA 98064
206-753-9955


United State District Court
Western District of Washington At Seattle
700 Stewart Street, Suite 2310
Seattle, WA 98101


Case No.  C13-1818RSL

December 31, 2013


Honorable Judge Robert S. Lasnik

I received a letter from Judge Robert S. Lasnik, the letter States the Order of Dismissal for the reason of: "court issued an order requiring plaintiff to file an amended complaint that clearly and concisely alleges facts supporting legal claims against each defendant and facts from which the court may infer that it has jurisdiction". Furthermore, states at Dkt. #8. "The Court warned plaintiff that failure to file an amended complaint within 30 days of the date of the Court's order would result in dismissal of the case".

I never receive the Dkt. #8.  The Order of Dismissal that dated December 11, 2013 on the letter, I received it on Friday, December 27, 2013.  I was in Court on Monday, December 30, 2013 to find out about the Order of Dismissal you issued. The examples you mad in the letter about my complaint are incorrect and it is your own statement.  In addition my case and complaint is not only a discrimination case.  I have served all three defendants; I am waiting for the Court date.

I will never walk away from this case, I am right and I want justice.  I also want to contact United State Attorney General, in regard of my case.  I have facts to establish my case with Dates, Places, and Names of who involved.  Global Linguist Solution (GLS), and L-3 Communication (Engility), United State Department of Defense (DoD), US Embassy - Baghdad, Iraq, and FBI has a Full Knowledge of my case.  US Government agencies or personal, L-3 Communication, and Global Linguist Solution has been targeting me and retaliating against me with reproducing materials to sabotage my case, because I filed Lawsuit. In one hand they want me to keep quiet and telling me take it to the Court, while they are sabotaging my case and the investigations.



13-CV-01818-DOCTRM

Respond to the Order of Dismissal - 1

Here are the charges: Conspiracy, PSYOP, Target profiling, Retaliation, discrimination of (my National Origen and Religion), psychological and emotional torture, drugging me, mind control, Isolation, Harassment (cyber and electronic harassments through emails, hacking my computer, email account, bank account), invasion of privacy, economic and financial damage, intellectual and information theft, falsification of documents and making false statement about me, threat of making me disappear, rising and pointing their weapons on me; defamation of character, slander, and labeling for the purpose of specifically to harm and cause permanent damage to my financial, reputation, credibility, and wellbeing. The US Military intelligent Special Forces unit in Iraq and Afghanistan sent me young blonde female soldiers to sabotage me the same way they did it to other military officials. (I would say one thing to those officers who use and order young female soldiers as a call girls to set up people across the military on all level, they should use and send their wives instead of poor soldiers who are people or someone's family.) Endangering my life, by making me a target wherever I go; Taking my pictures in the purpose of using it against me, the Unit even asked me to take a picture with AK-47 rifle they bring it pacifically for me and they also Photoshop and created audio and video recording. (I thought AK-47? why not take a picture with F-15 or F-16 fighter jets?). The Joined Military Special Forces intelligent Special Operation (PSYOP) Unit wiretapped and putted video camera in my room to produce then disseminate rumors and propagandas. This dissemination of rumors and propagandas are part of (tactical military Special Psychological Operation propagandas) Produced and Conducted by US Military intelligent Special Forces officials in Iraq and Afghanistan) with former Ba'athist fanatic Chaldean and Assyrian Christians linguists who are Global Linguist Solution (GLS) and L-3 Communication now (Engility) employees, who has systematically produced and disseminated propaganda information with produced pictures and audios while I was working in Joined Base Balad Iraq and translated into multiple languages then disseminated throughout foreign governments, enemies territories, United State and foreign countries (Iraq/Afghanistan/Canada and United State), GLS and US State Departments also are responsible for labeling me on my passport with messages without my knowledge. US Army Special Psychological Operation Unite conducted PSYOP on me as a US citizen, employee, and DoD Contractors.

I am unemployed for the lase two and half years and I had to borrow $400.00 to pay for filing fee and now my case has been sabotaged to undermine my case. I believe they do not want me to speak in court and want to cover up my case. Your honor I want the Court to reconsider the decision and allow my case to be represented in the Court of Law. All I want is Legal and Lawful representation in the United State District Court in Seattle, WA. Former US Secretary of State Hailer Clinton has said things has to be done in the court of Law, so here I am, I bring my case to the court and I want to represent it in court based on the Law without been sabotaged and discriminated. If they do not want the case to go to Court, they should come to resolution outside of Court, all options are on the table and I am always ready for a positive outcome.

*[signature]*

Jalak Abdulkader

Respond to the Order of Dismissal - 2