<pre>
                     UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
</pre>

JALAK ABDULKADER,

    Plaintiff,

  v.

GLOBAL LINGUIST SOLUTION (GLS), *et al.*,

    Defendants.

Case No.  C13-1818RSL

ORDER GRANTING MOTION TO REOPEN CASE AND REQUIRING MORE DEFINITE STATEMENT

    This matter comes before the Court on plaintiff's letter dated December 31, 2013 (Dkt. # 11).  On October 29, 2013, the Court issued an order requiring plaintiff to file an amended complaint that clearly and concisely alleges facts supporting legal claims against each defendant and from which the Court may infer jurisdiction.  Dkt. # 8.  The Court warned plaintiff that failure to file an amended complaint within 30 days of the date of that order would result in dismissal.  Id. at 1-2.  Because the Court did not receive an amended complaint within that time period, the Court dismissed plaintiff's complaint without prejudice on December 11, 2013.  Dkt. # 10.

    The Court recently received a letter from plaintiff in which he claims he never received the Court's order requiring him to file an amended complaint and expresses an interest in pursuing this matter.  See Dkt. # 11.  Based on these representations, the Court interprets plaintiff's letter as a motion to reopen the case.  Because it is possible that plaintiff was not aware of the Court's order requiring him to file an amended

ORDER GRANTING MOTION TO REOPEN AND
REQUIRING MORE DEFINITE STATEMENT - 1

1  complaint, the Court GRANTS plaintiff's request to reopen the case. The Clerk of
2  Court is therefore directed to reopen this case.

3        Plaintiff shall, within thirty (30) days of the date of this Order, file an amended
4  complaint which clearly and concisely identifies the acts of each defendant and explains
5  how those acts violated plaintiff's legal rights. The key to filing an acceptable amended
6  complaint will be providing enough facts in support of the legal claims asserted that one
7  could conclude that plaintiff's right to relief is as least plausible. Plaintiff must also
8  include factual allegations sufficient to establish that this Court has jurisdiction. If an
9  acceptable amended complaint is not filed within the time proscribed, this action will be
10 dismissed. The Clerk of Court is directed to send a copy of this order and the Court's
11 October 29, 2013 order, dkt. # 8, to plaintiff and to place this Order to Show Cause on
   the Court's calendar for February 14, 2014.

12       DATED this 13th day of January, 2014.

                                              */s/ Robert S. Lasnik*
                                              Robert S. Lasnik
                                              United States District Judge

ORDER GRANTING MOTION TO REOPEN AND
REQUIRING MORE DEFINITE STATEMENT - 2