Jalak Abdulkader
PO Box 5393
Kent, WA 98064
206-753-9955

United State District Court
Western District of Washington At Seattle
700 Stewart Street, Suite 2310
Seattle, WA 98101

Jalak Abdulkader
        Plaintiff,                                Case No. C13-1818RSL
v.                                            Motion of extension of time

Global Linguist Solution (GLS), L-3 Communication (Engility), and United State Government.
        Defendants,

February 7, 2014

Honorable Judge Robert S. Lasnik

I want to obtain extension of time in which to make the required submission of my case. I want this to be a motion for extension of time needed to put my case together and presented to the court.

*[signature]*

Jalak Abdulkader

FILED
LODGED
RECEIVED / MAIL

FEB 13 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

13-CV-01818-CJA