UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JALAK ABDULKADER,<br><br>      Plaintiff,<br><br>  v.<br><br>GLOBAL LINGUIST SOLUTION (GLS),<br>*et al.*,<br><br>      Defendants. | Case No. C13-1818RSL<br><br>ORDER GRANTING IN PART MOTION FOR ADDITIONAL TIME |

This matter comes before the Court on plaintiff's "Motion of Extension of Time," dkt. # 14. Plaintiff seeks additional time to file an amended complaint pursuant to the Court's January 13, 1014, order re-opening his case and requiring him to file an amended complaint correcting certain deficiencies in his complaint on or before February 14, 2014. See Dkt. # 12.

The Local Civil Rules instruct that "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline." LCR 7(j). Plaintiff filed his motion for additional time on February 13, 2014, the day before the deadline set by the Court for plaintiff to file an amended complaint. Dkt. # 14. Plaintiff contends that the extension is necessary to give him time "to put [his] case together" and present it to the Court. Id. Although plaintiff has not provided any reason why he was not able to comply with the Court's deadline, in light of the strong interest in resolving disputes on the merits and

ORDER GRANTING IN PART MOTION
FOR ADDITIONAL TIME - 1

because plaintiff sought relief before the deadline passed, the Court GRANTS IN PART plaintiff's request. The Court finds a continuance appropriate, but declines to continue the deadline for filing an amended complaint indefinitely. Plaintiff shall file an amended complaint within thirty (30) days of the date of this Order. If an acceptable amended complaint is not filed within this time period, this action will be dismissed. The Clerk of Court is directed to send a copy of this order to plaintiff and to continue the noting date of the Court's January 13, 2014, Order to Show Cause (Dkt. # 12) to March 21, 2014.

DATED this 18th day of February, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART MOTION
FOR ADDITIONAL TIME - 2