Jalak Abdulkader
PO Box 5393
Kent, WA 98064



United State District Court
Western District of Washington At Seattle
700 Stewart Street, Suite 2310
Seattle, WA 98101

March 14, 2014

Jalak Abdulkader

        **Plaintiff,**

    **V.**

Global Linguist Solution (GLS), L-3Comunication (Engility),
United States Department of Defense

        **Defendants,**

Case No.  C13-1818 RSL

RESPOND TO COURT REQUEST

Honorable Judge Robert S. Lasnik

March 2010, recruiters came to Seattle Washington to Recruit Linguist from the Kurdish community for linguist jobs in Iraq as part of the Department of Defense Contractors, to work with the US Military in Iraq.  GLS examined all the applicants for Linguist test (Reading, writing, Speaking, Listening in three languages: Kurdish, Arabic, English).  I passed all three-language testes and was over qualified for the position.

Soonest I was on the job site, the US Army Unit who I worked with, followed their commanders order to deliberately target me.  A PSYOP Operation, including combined psychological torture, spying (wiretapping, fallowing me around), Insulation, produced material, false information (pictures, video and audio) to disseminate.  This was a complete setup and planed operation.  From Day one on my job site, the Army Unit wiretapped my living quarter (room) with hidden device (bug).  This is a defamations of character.

I continually informed my site mangers Kelly Maes, Terry Newby, and Robert Wolf GLS in Iraq regarding my situation.  I informed Kelly Maes pacifically about Captain Michael Ludeby and Ludeby's soldiers for their suspicious behavior.  In May 2011, I made it clear to Kelly Maes again, (it is the Captain behind all this operations, they have blamed me for their own problems, they blamed work mistake on me, I told the captain "when you fucked up on the job don't point a finger on someone else" everyone were there. but the site managers ignored me again.  I warned Kelly, "what if they did something more stupid? if they (Unit) did something else?".  Kelly said, "look, they not going to do anything, if something else come up, we will investigate it.  You do not get into fight with the Unit, just be nice and sincere."

1.  RESPOND TO COURT REQUEST



13-CV-01818-AF

However, Kelly Maes lied to me. The Unit wiretapped my room, stole financial information, work and business planes therefore to interrupt and disrupt my future opportunities. This is act of war, financial, economic, and personal wellbeing damage. Since then, GLS and other US government agencies: Homeland Security, EEOC Washington DC field Office, repeated the same dissemination of propaganda information multiple times. GLS, L-3 Communication (Engility), military, and other government agencies knew it were not possible to cause this kind of damage to United State Government (Bradley Manning, Edward Snowden), but they believed it was simple for them to conduct this act against me without facing consequences.

GLS did not take any responsibility to investigate my case nor guide me to resolve it. GLS employees including the Human Resource and the Security Personals are involved in this operation and made my case worse. They did everything to keep me off course; to prove they are right, and miss led me. GLS knew the Army Unit had wiretapped my room and had a full page contract stating: GLS and its customers (Military) can take your pictures and do whatever as they wish with the pictures and produced material.

When I asked Terry Newby, a GLS site mangers, to pick me up, I want to be released from this job site, send me to a different job site (assignment), Terry Newby told me "the unit not releasing you". I explained to him that my room was wiretapped, they are insulting my Religion and Nationality. , Muslims and Kurds service members and contractors has been targeted by groups, individuals, companies.

L-3 Communication (Engility), wants to cover their entire operation and propagandas. L-3 attempts to keep themselves out by stalling time and trying to convince me that I am on a paid leave—yet I never received any pays. Furthermore, the L-3 Communication waited until December 2011 therefore the US Military pulled out of Iraq then ignored me case. They even back dated letters of investigations two to three month.

Fort Bragg Inspectors General, Mr. Roger L. Zollner, said we give a letter of recommendation to get a job. Captain Oledan, told me wherever you go let them call us if you have problem. 1st SG Zimmer telling me "we will give you a coin". I said, "keep your fucking coin to yourself, you (military) are conducting PSYOP on me.".

**The following names and organization all involved in my case:**
GLS site Mangers name: Kelly Maes, Terry Newby, Robert Wolf, Ronald Watts, Zave, Joe, Sam
GLS Human Resource manager: Heather Tylor.
GLS Security Manager, Kerry Superville, Angel.

L-3 Communication (Engility) ethic officer: Michael Hillelsohn

INSCOM Worldwide Language Contracts: Army MAJ Frank D. Kolnos

Alpha Company
Army CJSOTF-AP TMISDD PSYOP MAJ Amy Borrows
Army CJSOTF-AP TMISDD PSYOP Captain Michael Ludeby
Army CJSOTF-AP TMISDD PSYOP SFC Crystal Smith
Army CJSOTF-AP TMISDD PSYOP SSG Volga Gattai (Voll Uqurke)


2.  RESPOND TO COURT REQUEST

Delta Company
Army CJSOTF-AP TMISDD PSYOP MAJ J. D. Walker
Army CJSOTF-AP TMISDD PSYOP FSG Zimmer
Army CJSOTF-AP TMISDD PSYOP Captain Marco D. Oledan
Army CJSOTF-AP TMISDD PSYOP SFC. Donald Rohwer
Army CJSOTF-AP TMISDD PSYOP SSG. Dodie Bumanglang

IG Office, U.S. Army Special Operations Command – Fort Bragg
Nils C. Sorenson – Colonel, US Army Commanding – Fort Bragg
John C. Buss – Colonel, US Army Inspector General – Fort Bragg
Jeffrey M. Sanborn – Colonel, US Army Commanding - Fort Bragg
MAJ Chad D. Kinnear
Ms. Patricia Russell,
Ms. Clara Solomon,
Mr. Roger L. Zollner,

There are a list of other names and more details into what happened. I have been without work for over two and half years and I don't have any income; also I did apply hundreds of jobs applications. I want court date.

Sincerely,

Jalak Abdulkader

Jalak Abdulkader

3.  RESPOND TO COURT REQUEST