1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

JALAK ABDULKADER,

                            Plaintiff,

        v.

GLOBAL LINGUIST SOLUTION (GLS),
*et al.*,

                            Defendants.

Case No.  C13-1818RSL

ORDER OF DISMISSAL

13

14

15

16

17

18

19

20

21

        On March 18, 2014, plaintiff filed a document titled "Respond (sic) to Court Request" (Dkt. # 16) in the above-captioned matter in response to the Court's Order Requiring More Definite Statement.  The underlying Order Requiring More Definite Statement identified fatal pleading defects in the original complaint, noting that plaintiff had not stated a plausible claim for relief against any of the named defendants or made any allegations regarding this Court's jurisdiction.  The Court instructed plaintiff to file an amended complaint that clearly and concisely alleges facts supporting legal claims against each defendant. Dkt. # 8.  The Court warned that failure to file an amended complaint correcting the deficiencies within the time provided would result in dismissal of his case.  Id.

22

23

24

25

        Plaintiff's submission does not fix these defects.  Although filed in a timely manner, see dkt. # 15, plaintiff's submission fails to assert a plausible claim for relief against any of the defendants.  Plaintiff's statement still contains vague allegations that the U.S. Army wiretapped his room and defendants and third-parties disseminated

26

ORDER OF DISMISSAL - 1

"propaganda information multiple times."  Dkt. # 16 at 2.  His general assertion that this conduct constitutes "an act of war, financial, economic, and personal wellbeing (sic) damage" does not meet the pleading standards of Fed. R. Civ. P. 8(a).

Plaintiff's submission fails to state a claim upon which relief can be granted by a federal court.  The above-captioned matter is therefore DISMISSED without prejudice. The Clerk of Court is directed to send a copy of this Order to plaintiff.

DATED this 25th day of March, 2014.


Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2